**Order entered April 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00982-CV

**DOUGLAS SEGURA, Appellant**

**V.**

**JESSICA SEGURA, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15246**

## ORDER

Before the Court is appellant's April 18, 2018 third motion for an extension of time to file a brief. In this Court's order dated March 20, 2018, we cautioned appellant that further requests for extension would be disfavored. We **GRANT** the motion and extend the time to **May 18, 2018**. However, we caution appellant that failure to file a brief by May 18, 2018 may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    ADA BROWN
        JUSTICE